No. 3768.—Córdova Dávila, aplte., v. Carmoega, apldo.— C. D. San Juan, Disto. 2º. Feb. 17, 1926. Refiriéndose los errores alegados a la apreciación de la prueba la que es contradictoria en cuanto a la manera como ocurrió el accidente, y habiendo la corte inferior dirimido el conflicto en favor del demandado sin que se haya demostrado que el juez sentenciador abusara de su discreción en la apreciación de los

hechos o que se cometió error fundamental, se confirmó la sentencia apelada.